# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Cristofer A. Ortega-Varela**

    v.                                         Case No. 25-cv-483-PB-TSM

**Chris Brackett, Superintendent,**
**Strafford County Department of**
**Corrections, et al.**

## ORDER

On March 9, 2026, I denied Cristofer A. Ortega-Varela's motion for a temporary restraining order enjoining the government's noticed removal of him from the United States. Doc. 17; see Doc. 13; Doc. 15. To inform the next steps in this case, the parties shall file a joint status report updating the Court on any developments since that ruling within fourteen days.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 30, 2026

cc:    Counsel of Record